IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETVILLE DIVISION

JENNY CRAIG, individually and on behalf of all
others similarly situated,

         Plaintiff,

    v.

TWININGS NORTH AMERICA, INC.

         Defendant.

Case No. 5:14-cv-05214-TLB

## **MOTION FOR EXTENSION OF TIME**

Comes now Defendant, Twinings North America, Inc., and for its Motion for Extension of Time to respond to Plaintiff's First Amended Class Action Complaint, states:

1.    Plaintiff, Jenny Craig, Individually, and on behalf of all others similarly situated, filed a First Amended Class Action Complaint against the Defendant, Twinings North America, Inc., on July 30, 2014.

2.    A responsive pleading of the Defendant to the Plaintiff's First Amended Class Action Complaint is due on August 19, 2014.

4.    Defendant has requested an agreement with Plaintiff's counsel to allow until and including September 14, 2014, in which to respond to the Plaintiff's First Amended Class Action Complaint, and Plaintiff's counsel has kindly agreed.

5.    Defendant requests that the Court grant an extension of up to and including September 14, 2014, to respond to the Plaintiff's First Amended Class Action Complaint.

WHEREFORE, Defendant, Twinings North America, Inc., requests the Court to enter an Order allowing them up to and including September 14, 2014, in which to respond to Plaintiff's First Amended Class Action Complaint.

Respectfully submitted,

Kevin A. Crass (84029)
R. Christopher Lawson (93083)
FRIDAY, ELEDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
(501) 370-1592 Phone
(501) 244-5370 Fax
crass@fridayfirm.com
lawson@fridayfirm.com

*Attorneys for Defendant*,
*Twinings North America, Inc.*


By:  */s/ Kevin A. Crass*
         KEVIN A. CRASS

David L. Wallace
Michael R. Kelly
Herbert Smith Freehills New York LLP
450 Lexington Avenue, 14th Floor
New York, NY  10017
(917) 542-7600
david.wallace@hsf.com
michael.kelly@hsf.com

*Attorneys for Defendant,*
*Twinings North America, Inc.*

2

2655912.1

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he electronically filed the foregoing pleading this 12th day of August, 2014, with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Kenneth R. Shemin  
Shemin Law Firm, PLLC  
3333 Pinnacle Hills Parkway, Ste. 603  
Rogers, AR  72758

Mr. Thomas P. Thrash  
Thrash Law Firm, P.A.  
1101 Garland Street  
Little Rock, AR  72201

                                      */s/ Kevin A. Crass*  
                                      KEVIN A. CRASS