IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETVILLE DIVISION

JENNY CRAIG, individually and on behalf of all
others similarly situated,

      Plaintiff,

                   Case No. 5:14-cv-05214-TLB

    v.

TWININGS NORTH AMERICA, INC.

      Defendant.


**DEFENDANT'S MOTION TO DISMISS,
OR ALTERNATIVELY TO STRIKE THE CLASS ALLEGATIONS**

   Comes now the undersigned counsel of record for Defendant TWININGS NORTH AMERICA, INC. ("Twinings") and moves the Court for an order dismissing the First Amended Class Action Complaint of Plaintiff Jenny Craig pursuant to: (i) Fed. R. Civ. P. 12(b)(1) for lack of standing and subject matter jurisdiction, (ii) Fed. R. Civ. P. 12(b)(6) on the ground that the Complaint fails to state a claim upon which relief can be granted, and (iii) Fed. R. Civ. P. 9(b) for failure to plead claims with sufficient particularity.  Alternatively, pursuant to Fed. R. Civ. P. 12(f), Twinings respectfully requests that the Court strike plaintiff's class action allegations for failure to meet the requirements for certification.

   This motion is supported by an accompanying memorandum of law, filed simultaneously with this motion, and on such other written and oral argument as may be presented to the Court.

   WHEREFORE, the undersigned hereby requests that an Order be entered dismissing the

action, or alternatively, striking plaintiff's class allegations.

Dated:  September 15, 2014									Respectfully submitted,

                                                        Kevin A. Crass (84029)
R. Christopher Lawson (93083)
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas  72201-3522
Phone: (501) 376-2011
Fax: (501) 376-2147
crass@fridayfirm.com
lawson@fridayfirm.com

 /s/  David L. Wallace
David L. Wallace, *pro hac vice*
Michael R. Kelly, *pro hac vice*
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue, 14th Floor
New York, New York  10017
Phone: (917) 542-7600
Fax: (917) 542-7601
david.wallace@hsf.com
michael.kelly@hsf.com

*Attorneys for Defendant*
Twinings North America, Inc.