IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETVILLE DIVISION

JENNY CRAIG, individually and on behalf
of all others similarly situated,

                Plaintiff,

                                          Case No. 5:14-cv-05214-TLB

        v.

TWININGS NORTH AMERICA, INC.

                Defendant.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY TO STRIKE THE CLASS ALLEGATIONS, AND MEMORANDUM IN SUPPORT this 15th day of September, 2014 with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to the following:

Mr. Kenneth R. Shemin
SHEMIN LAW FIRM, PLLC
3333 Pinnacle Hills Parkway, Suite 603
Rogers, Arkansas  72758

Mr. Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, Arkansas  72201

Dated:  September 15, 2014                    /s/  David L. Wallace
                                                              David L. Wallace, *pro hac vice*
                                                              HERBERT SMITH FREEHILLS NEW YORK LLP
                                                              450 Lexington Avenue, 14th Floor
                                                              New York, New York  10017
                                                               Phone: (917) 542-7600
                                                               Fax: (917) 542-7601
                                                               david.wallace@hsf.com

                                                               *Attorneys for Defendant*