IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JENNY CRAIG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-vs-<br><br>TWININGS NORTH AMERICA, INC.<br><br>                    Defendant. | **Case No. 5:14-cv-05214-TLB** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY TO STRIKE THE CLASS ALLEGATIONS

Plaintiff, for her Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, or Alternatively to Strike the Class Allegations, states:

1. Defendant filed their Motion to Dismiss, or Alternatively to Strike the Class Allegations on September 15, 2014, making Plaintiffs' Response due on October 2, 2014.

2. Plaintiff has consulted with Defendant and Defendant has no objection to an extension up to and including Monday, November 3, 2014, for Plaintiff to file her Response to Defendant's Motion to Dismiss, or Alternatively to Strike the Class Allegations.

WHEREFORE, Plaintiff prays for an Order of this Court granting an extension up to and including, November 3, 2014 for Plaintiff to respond to Defendant's Motion to Dismiss, or Alternatively to Strike the Class Allegations.

1

Dated this 24th day of September, 2014.

        Respectfully submitted,

/s/ Kenneth R. Shemin
Kenneth R. Shemin
**SHEMIN LAW FIRM, PLLC**
3333 Pinnacle Hills Parkway, Suite 603
Rogers, AR 72758
Telephone: (479) 250-4764
Facsimile: (479) 845-2198

/s/ Thomas P. Thrash
Thomas P. Thrash (ABA No. 80147)
Marcus N. Bozeman (ABA No. 95287)
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I, Kenneth R. Shemin, the undersigned, hereby certify that on September 24, 2014, a true and correct copy of the foregoing will be served by electronic mail and electronic notification through the District Court CM/ECF electronic filing system upon the following counsel of record:

Kevin A. Crass
R. Christopher Lawson
**Friday, Eldredge & Clark, LLP**
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201-3522

David L. Wallace
Michael R. Kelly
**HERBERT SMITH FREEHILS
NEW YORK, LLP**
450 Lexington Ave., 14th Floor
New York, NY 10017

        /s/ Kenneth R. Shemin
        Kenneth R. Shemin