IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JENNY CRAIG, individually and on
behalf of others similarly situated**                               **PLAINTIFF**

v.                            **Case No. 5:14-CV-05214**

**TWININGS NORTH AMERICA, INC.**                                    **DEFENDANT**

## ORDER

Before the Court is Plaintiff Jenny Craig's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, or Alternatively to Strike the Class Allegations (Doc. 21). Plaintiff's response is due October 2, 2014. Plaintiff requests an extension of time up to and including Monday, November 3, 2014 to respond to Defendant's Motion.

The parties will appear before the Court for a case management hearing on September 30, 2014. At the hearing, the Court will determine when Plaintiff's response will be due. Therefore, Plaintiff is not required to file a response to Defendant's Motion by the October 2 deadline.

Accordingly, **IT IS ORDERED** that Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, or Alternatively to Strike the Class Allegations (Doc. 21) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is granted an extension of time to file her response at a date to be determined by the Court at the September 30 hearing.

IT IS SO ORDERED this 26th day of September, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE