IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNY CRAIG, Individually and on behalf
of all others similarly situated                                    PLAINTIFFS

vs.                          CASE NO. 5:14-CV-5214

TWININGS NORTH AMERICA, INC.                                        DEFENDANT

### INTERIM CASE MANAGEMENT ORDER

A Case Management Hearing was conducted on September 30, 2014. After a review of the parties' Rule 26(f) Joint Report, and based on discussions with counsel during the hearing, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Complaint makes class action allegations. Defendant has filed a substantive Motion to Dismiss which is not ripe for decision at this time. Accordingly, it is contemplated that this Case Management Order will govern the proceedings through the Motion to Dismiss phase — and class certification phase, if applicable.

2. Plaintiffs time to respond to Defendant's Motion to Dismiss is extended to **NOVEMBER 3, 2014.** Defendant is given permission to file a reply brief within fifteen (15) days of the filing of Plaintiffs' response.

3. The parties have provided informational disclosures pursuant to Rule 26(a)(1). The Defendant has disclosed categorical sets of documents responsive to the Initial Disclosures, but has not yet produced the same pending entry of a Protective Order. It was agreed, and is hereby **ORDERED**, that the Defendant shall provide a proposed form

of Protective Order to Plaintiffs' counsel by no later than the close of business on **OCTOBER 1, 2014**. Plaintiffs' counsel will respond within any suggested revisions by no later than **OCTOBER 3, 2014**. The parties shall jointly provide an Agreed Protective Order to the Court for consideration by no later than **OCTOBER 10, 2014**. In the absence of an agreed form of protective order, the parties shall instead submit a joint statement via email updating the Court as to the parties' progress and/or issues of disagreement with respect to a Protective Order.

4. Defendant shall provide Plaintiffs with the responsive documents that Defendant categorically identified in its initial disclosures by no later than **NOVEMBER 14, 2014**. In the alternative, by motion and for good cause shown, the Defendant may move for permission not to produce certain line items of disclosed documents on the basis that the same would be unduly burdensome at this phase of the litigation, and/or based on such documentation not being relevant to the issue of class certification. Prior to filing any such motion, counsel are to confer and discuss reasonable alternatives (to include a reduction in the scope of such documentation), as may be reasonable under the circumstances.

5. Plaintiffs served written discovery upon Defendant prior to removal of the case from state court. Defendant's obligation to respond to such discovery shall be held in abeyance pending Defendant's production of documents identified in its initial disclosures. Afterwards, Plaintiff may identify specific discovery requests — pertinent to the issue of class certification — which have not been addressed or responded to by Defendant's initial disclosures. Defendant shall respond to such requests as identified by Plaintiff within thirty (30) days thereafter.

6. To the extent Plaintiffs' claims survive the Motion to Dismiss phase, the deadline to file class certification motions shall be thirty (30) days after the date of the Court's ruling on Defendant's pending Motion to Dismiss. The Defendant's response shall be due within sixty (60) days thereafter, and the Plaintiff is given advance permission to file a reply brief within fifteen (15) days thereafter.

7. A Final Case Management Order will issue following the Court's ruling on class certification.

**IT IS SO ORDERED** this 2nd day of October, 2014.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE