IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNY CRAIG, individually and on behalf of all
others similarly situated,

                Plaintiff,

                                      Case No. 5:14-cv-05214-TLB

      v.

TWININGS NORTH AMERICA, INC.

                Defendant.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he electronically filed the foregoing TWININGS REPLY BRIEF this 17th day of November, 2014 with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to the following:

Mr. Kenneth R. Shemin
SHEMIN LAW FIRM, PLLC
3333 Pinnacle Hills Parkway, Suite 603
Rogers, Arkansas  72758

Mr. Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, Arkansas  72201

Dated:  November 17, 2014                    /s/  David L. Wallace
                                                          David L. Wallace, *pro hac vice*
                                                          HERBERT SMITH FREEHILLS NEW YORK LLP
                                                          450 Lexington Avenue, 14th Floor
                                                          New York, New York  10017
                                                          Phone: (917) 542-7600
                                                          Fax: (917) 542-7601
                                                          david.wallace@hsf.com

                                                          *Attorneys for Defendant*
                                                          Twinings North America, Inc.