IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNY CRAIG, individually and on
behalf of all others similarly situated                                            PLAINTIFF

V.                           CASE NO. 5:14-CV-05214

TWININGS NORTH AMERICA, INC.                                                     DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order entered this date, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Doc. 19) is **GRANTED**. This case is accordingly **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 5th day of February, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE