IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| JENNY CRAIG, individually and on behalf of all others similarly situated, | PLAINTIFF |
| v.   Case No. 5:14-cv-05214-TLB | |
| TWININGS NORTH AMERICA, INC., | DEFENDANT |

**MOTION TO RECONSIDER ORDER OF FEBRUARY 5, 2015
AND ENTRY OF JUDGMENT**

Plaintiff Jenny Craig respectfully moves, pursuant to Federal Rules of Civil Procedure 59(e) and 60(b), for reconsideration of this Court's Order of February 5, 2015, granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint with prejudice (Dkt. #29) and further moves for an Order withdrawing the Judgment entered February 5, 2015. (Dkt. #30).

1.   This Motion is brought pursuant to (1) Federal Rule 59(e), which allows the Court to correct errors of law or fact upon which the judgment is based and to prevent manifest injustice; and (2) Federal Rule 60(b), which allows the Court to correct mistakes or simply because other reasons justify relief. In particular, the Plaintiff seeks reconsideration of the Court's decision that Twinings' "natural source" claim on its label was not a nutrient content claim and therefore, Plaintiff's claims were beyond the scope of the Federal Regulations and therefore preempted, which also dictated the remaining decisions of the Court.

2.   In support of Plaintiff's Motion to Reconsider, Plaintiff submits the following:

    (a)   Sprouts FDA Warning Letter, Exhibit "1;"

    (b)   Sprouts Close Out Letter, Exhibit "2;" and

    (c)   Declaration of Ed Scarbrough, Exhibit "3."

WHEREFORE, Plaintiff respectfully submits that reconsideration of the Order granting the Motion to Dismiss and Judgment is appropriate.

Dated: March 5, 2015

> Respectfully submitted,
>
> /s/ Kenneth R. Shemin
> Kenneth R. Shemin, ABA No. 78138
> **SHEMIN LAW FIRM, PLLC**
> 3333 Pinnacle Hills Parkway, Suite 603
> Rogers, AR 72758
> Telephone: (479) 845-3305
> Facsimile: (479) 845-2198
>
> /s/ Thomas P. Thrash
> Thomas P. Thrash (ABA No. 80147)
> Marcus Neil Bozeman (ABA No. 95287)
> THRASH LAW FIRM, P.A.
> 1101 Garland Street
> Little Rock, AR 72201
> Telephone: (501) 374-1058
> Facsimile: (501) 374-2222
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Kenneth R. Shemin, the undersigned, hereby certify that on March 5, 2015, a true and correct copy of the foregoing will be served by electronic mail and electronic notification through the District Court CM/ECF electronic filing system upon the following counsel of record:

Kevin A. Crass
R. Christopher Lawson
**Friday, Eldredge & Clark, LLP**
400 W. Capitol Ave., Suite 2000
Little Rock, AR 72201-3522

David L. Wallace
Michael R. Kelly
**HERBERT SMITH FREEHILS
NEW YORK, LLP**
450 Lexington Ave., 14th Floor
New York, NY 10017

                                             /s/ Kenneth R. Shemin
                                             Kenneth R. Shemin