IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JENNY CRAIG, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

TWININGS NORTH AMERICA, INC.

                Defendant.

Case No. 5:14-cv-05214-TLB

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he electronically filed the foregoing OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION this 19th day of March, 2015 with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to the following:

Mr. Kenneth R. Shemin
SHEMIN LAW FIRM, PLLC
3333 Pinnacle Hills Parkway, Suite 603
Rogers, Arkansas  72758

Mr. Thomas P. Thrash
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, Arkansas  72201

Dated:  March 19, 2015

        /s/  David L. Wallace
David L. Wallace, *pro hac vice*
HERBERT SMITH FREEHILLS NEW YORK LLP
450 Lexington Avenue, 14th Floor
New York, New York  10017
Phone: (917) 542-7600
Fax: (917) 542-7601
david.wallace@hsf.com

*Attorneys for Defendant*
Twinings North America, Inc.